List *et al. v.* Kennedy.

money so paid, with interest from the date of the payment." To which defendant excepted. An appeal was taken to this court from the judgment declaring the execution void, and ordering the money paid back to appellee. In that appeal this court decided the invalidity of the original judgment and the voidness of the execution, and affirmed the judgment ordering the money paid back to appellee. The only error assigned in this case is alleged error in the conclusion of law.

We think the affirmance of the judgment in that case fully settles the legal question involved in this case, and there was no error in the conclusion of law.

PER CURIAM.—The petition for a rehearing is overruled, at appellant's costs.

Filed May 8, 1884. Petition for a rehearing overruled June 19, 1884.

---

### No. 10,563.

### KEEN, ADMINISTRATOR, *v.* BRECKENRIDGE.

From the Dearborn Circuit Court.

*R. E. Slater, F. Adkinson, A. W. Gaines* and *O. M. Wilson,* for appellant.

HOWK, J.—The questions in this case are the same, and presented in the same way, as those which were considered and decided by this court at the present term, in *Keen* v. *Breckenridge, ante,* p. 69. Upon the authority of the case cited, and for the reasons there given, we must hold that the court committed no error, in the case at bar, in sustaining the appellee's demurrers to the several paragraphs of appellant's complaint.

The judgment is affirmed, with costs.

Filed June 7, 1884.

---

### No. 11,290.

### LIST ET AL. *v.* KENNEDY.

From the Johnson Circuit Court.

*J. H. Jordan, G. W. Grubbs, G. H. Adams, L. Ferguson, W. R. Harrison* and *W. E. McCord,* for appellants.

*J. V. Mitchell, J. F. Cox, J. E. McDonald, J. M. Butler* and *A. L. Mason,* for appellee.

BLACK, C.—The questions involved in this case are the same as those decided in *List* v. *Padgett, ante,* p. 126, and, upon the authority of that case, the judgment should be affirmed.

PER CURIAM.—The judgment is affirmed, at the costs of the appellants.

Filed June 4, 1884.